ROYAL INDEMNITY COMPANY, Respondent, v. NEW YORK CASUALTY COMPANY, Appellant.— Order denying defendant's motion for a resettlement of the case on appeal unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SARAH E. MAXEY, as Administratrix, etc., of JOHN W. MAXEY, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order granting defendant's motion for a change of venue from the county of New York to the county of Queens unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of KNICKERBOCKER THEATRES, INC., and CLINTON-APOLLO THEATRE CORPORATION, Appellants, for an Order Requiring MAX D. STEUER, an Attorney and Counselor at Law, Respondent, to Turn over unto Them Certain Moneys Now in His Possession and Determining the Amount of Compensation That Said MAX D. STEUER Shall Be Entitled to, to Be Asserted as a Lien against Such Moneys, Pursuant to Section 475 of the Judiciary Law.— Order denying petitioners' motion for a bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FLATIRON WINDOW CLEANING CO., INC., Respondent, v. RUDOLPH PFANNKUCH and RICHARD CLARKE, Appellants.— Order granting plaintiff's motion for an injunction *pendente lite* restraining defendants from engaging in the window and house cleaning business from Forty-sixth to Ninety-eighth streets, inclusive, and from Sutton place and East End avenue to Fifth avenue, inclusive, New York city, and from soliciting business in said territory, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUISE G. VACCARO, as Administratrix, etc., of MICHAEL VACCARO, Deceased, Respondent, v. DEBORAH PARRAVACINO, Appellant, Impleaded with Another.— Order denying motion of defendant-appellant for an order requiring the plaintiff to give security for costs unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

REBECCA GREENBERG, Respondent, v. MOYLAN REALTY CO., INC., Appellant. — Order granting plaintiff's motion to strike cause from the jury calendar and to place same on the non-jury calendar unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [157 Misc. 350.]